IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

APRIL A. DELONEY, )
)
Plaintiff, )
)
v. ) CASE NO. 2:25-cv-00633-RAH-JTA
)
FRANK BISIGNANO, )
Commissioner of Social Security, )
)
Defendant. )

**ORDER AND FINAL JUDGMENT**

On November 2, 2026, the Magistrate Judge filed a Recommendation (doc. 23) in which she recommended that Plaintiff's summary judgment motion be denied, Defendant's summary judgment motion be granted, and the Social Security Commissioner's decision be affirmed. No objections have been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Recommendation (doc. 23) is **ADOPTED**;
2. The Plaintiff's summary judgment motion (doc. 19) is **DENIED**;
3. The Defendant's summary judgment motion (doc. 20) is **GRANTED**;
4. The decision of the Commissioner of Social Security is **AFFIRMED**;
5. Final Judgment is entered in favor of Defendant, and against Plaintiff; and,
6. The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** on this the 23rd day of November 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE